| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>LOS ANGELES DIVISION | FILED<br>JAN 2 8 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                Deputy Clerk |
|---|---|
| In re:<br><br>Gartel Corp.<br><br>                                                Debtor(s) | ENTERED<br>JAN 2 8 2011<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:                Deputy Clerk<br><br>CHAPTER: 11<br><br>CASE NUMBER: 2:11-bk-13618-RN<br><br>**ORDER DISMISSING CASE DUE TO A PROHIBITION AGAINST BEING A DEBTOR UNDER 11 U.S.C. §§ 109(g) or 349** |

   It appears the above entitled bankruptcy case was filed by both debtor's. An order was entered on ___12/28/2010___ to dismiss Mesrop Avanousian's prior bankruptcy case, number 2:10-bk-55744-VZ.

The dismissal order contains a prohibition against debtor being a bankruptcy debtor for:
- ☐  180 days from the date the dismissal order was entered on the docket; or
- ☒  Until debtor files a Motion to request permission to file a new bankruptcy case, the Motion is served on all creditors and set for hearing, and the court grants the Motion.

Based upon the foregoing, **IT IS ORDERED THAT**:
1)  The bankruptcy case is dismissed, the stay of 11 U.S.C. § 362 is vacated and pending motions and adversary proceedings for which jurisdiction has not been reserved are moot and dismissed as to Mesrop Avanousian only;
2)  Any discharge entered in this case is vacated in its entirety; and
3)  The court retains jurisdiction under 11 U.S.C. §§ 110, 329 and 362.

1/29/11

Date

Honorable
United States Bankruptcy Judge

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DISMISSING CASE DUE TO A PROHIBITION AGAINST BEING A DEBTOR UNDER 11 U.S.C. §§ 109(g) or 349** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF"):** Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of the date of entry of this order, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

*(See NEF for confirmation of Electronic Transmission)*

Russell Clementson russell.clementson@usdoj.gov

Joon M Khang joon@khanglaw.com

United States Trustee (LA) ustpregion16.la.ecf@usdoj.gov

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

*(See Certificate of Service from the Bankruptcy Noticing Center for confirmation of U.S. Mail or Electronic Delivery)*

**Debtor**
Gartel Corp.
1100 Daveric Dr.
Pasadena, Ca. 91107