1  LAQUER, URBAN, CLIFFORD & HODGE LLP
2  J. Paul Moorhead, Esq., State Bar #240029
   225 South Lake Avenue, Suite 200
3  Pasadena, California 91101-3030
   Telephone: (626) 449-1882
4  Facsimile: (626) 449-1958
   Email: moorhead@luch.com
5

6  Counsel for Creditors, Trustees of the
   Southern California IBEW-NECA Pension Plan, et al.
7

FILED & ENTERED

APR 07 2011

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY jones    DEPUTY CLERK

8              **UNITED STATES BANKRUPTCY COURT**
9       **CENTRAL DISTRICT OF CALIFORNIA – LOS ANGELES DIVISION**
10

11  In re                                    Case No.: 2:11-bk-13618-RN

12  GARTEL CORP.,                            Assigned to the Honorable
                                             Richard M. Neiter
13
                Debtor,                      **ORDER DENYING**
14                                           **PETITIONING CREDITORS'**
                                             **MOTION FOR**
15                                           **RECONSIDERATION**

16                                           Hearing Info:
                                             Date:  March 30, 2011
17                                           Time:  9:00 a.m.
                                             Court: 255 E. Temple Street
18                                                    Los Angeles, CA 90012
                                                      Courtroom 1645
19

20

21

22       The motion for reconsideration of the Court's January 28, 2011 Order dismissing

23  this case, filed by petitioning creditors RFF Family Partnership LP, Annie Ekshian, and

24  Ovsanna Ekshian, came before this Court on March 30, 2011, the Honorable Richard

25  M. Neiter, Bankruptcy Judge presiding. After full consideration of the evidence and

26  the authorities submitted by counsel, the Court issues the following order:

27  ///

28  ///

409282

1 **IT IS HEREBY ORDERED** that Court's tentative ruling is adopted and the
2 petitioning creditors' motion for reconsideration is denied.

# # #

DATED: April 7, 2011

_____
United States Bankruptcy Judge

409282

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 225 South Lake Avenue, Suite 200, Pasadena, California 91101-3030

A true and correct copy of the foregoing document described as *[PROPOSED] ORDER DENYING PETITIONING CREDITORS' MOTION FOR RECONSIDERATION* will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On *Fill in Date Document is Filed*, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☐ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On *April 7, 2011,* I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| **Honorable Richard M. Neiter** | **Gartel Corp.** | **Stephen Biegenzahn** |
|---|---|---|
| **255 E. Temple Street** | **1100 Daveric Drive** | **611 W. 6th Street, Suite 850** |
| **Suite 1652/Courtroom 1645** | **Pasadena, California 91107** | **Los Angeles, California 90017** |
| **Los Angeles, California 90012** | **(Debtor)** | **(Debtor's Counsel)** |
| **(Via U.S. Mail)** | **(Via U.S. Mail)** | **(Via U.S. Mail)** |

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on                    , I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 7, 2011 | Karla E. Moreno | */s/* **Karla E. Moreno** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*  **F 9013-3.1.PROOF.SERVICE**

**NOTE TO USERS OF THIS FORM**:
1) Attach this form to the last page of a proposed Order or Judgment.  Do not file as a separate document.
2) The title of the judgment or order and all service information must be filled in by the party lodging the order.
3) **Category I.** below:  The United States trustee and case trustee (if any) will always be in this category.
4) **Category II.** below: List ONLY addresses for debtor (and attorney), movant (or attorney) and person/entity (or attorney) who filed an opposition to the requested relief. DO NOT list an address if person/entity is listed in category I.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled (*specify*) **ORDER DENYING PETITIONING CREDITORS' MOTION FOR RECONSIDERATION** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner indicated below:

**I. SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s), the foregoing document was served on the following person(s) by the court via NEF and hyperlink to the judgment or order. As of **_April 7, 2011_**, the following person(s) are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email address(es) indicated below.

**Russell Clementson** – *Russell.clementson@usdoj.gov*
**(U.S. Trustee)**

**Joon M. Khang** – *Joon@khanglaw.com*
**(Attorney for Petitioning Creditors, RFF Family Partnership, LP, Annie Ekshian, Ovsanna Ekshian)**

**United States Trustee (LA)** – *ustpregion16.la.ecf@usdoj.gov*

☐ Service information continued on attached page

**II. SERVED BY THE COURT VIA U.S. MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States Mail, first class, postage prepaid, to the following person(s) and/or entity(ies) at the address(es) indicated below:

**Gartel Corp.**
**1100 Daveric Drive**
**Pasadena, California 91107**
**(Debtor)**

**Stephen Biegenzahn**
**611 W. 6th Street, Suite 850**
**Los Angeles, California 90017**
**(Debtor's Counsel)**

☐ Service information continued on attached page

**III. TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by U.S. Mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following person(s) and/or entity(ies) at the address(es), facsimile transmission number(s), and/or email address(es) indicated below:

☐ Service information continued on attached page

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*    **F 9021-1.1.NOTICE.ENTERED.ORDER**